**STATE of Missouri, Respondent,**

**v.**

**Lawrence P. BRANAM, Appellant.**

**ED 103051**

Missouri Court of Appeals,
Eastern District,
**DIVISION FOUR.**

FILED: November 15, 2016

Motion for Rehearing and/or Transfer to Supreme Court Denied December 15, 2016

Application for Transfer Denied January 31, 2017

Emmett D. Queener, Columbia, MO, for appellant.

Chris Koster, Richard A. Starnes, Jefferson City, MO, for respondent.

Before: James M. Dowd, P.J., Kurt S. Odenwald, J., and Gary M. Gaertner, Jr., J.

### ORDER

PER CURIAM.

Lawrence P. Branam ("Branam") appeals from the judgment entered upon a jury's verdict convicting him of four counts of deviate sexual assault. We have reviewed the briefs of the parties and the record on appeal and conclude that no reversible error occurred. An extended opinion would have no jurisprudential purpose. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Criminal Procedure 30.25(b) (2016).